IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 5: 07-MJ-10-01 (CWH) |
| KENNETH JERMAINE COLEMAN, | REMOVAL PROCEEDINGS |
| Defendant | FROM THE WESTERN DISTRICT OF MICHIGAN |
| | No. 1:07-cr-208 |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

The above-named defendant is charged in an INDICTMENT with violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §924(c)(1)(A)(i) and §922(g)(1), alleged to have been committed in the **WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**.

**BRIEF DESCRIPTION OF CHARGES:**

Distribution of Cocaine Base, Possession of Cocaine With Intent to Distribute, Possession of a Firearm During and In Furtherance of a Drug Trafficking Crime; and, Possession of a Firearm By a Convicted Felon

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

☒ The court further finds that TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically RESERVING his right to a DETENTION HEARING in the district of prosecution; or,

☐ The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution; a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN (if any), the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 12th day of OCTOBER, 2007.



**CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE**